Case 2:21-cv-02386-SB-PD   Document 32   Filed 11/12/21   Page ID #:176

FILED
CLERK, U.S. DISTRICT COURT
November 12, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY LEE, D.D.D., INC., a California corporation; NANCY LEE, an individual; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-02386-SB-PD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Nancy Lee D.D.S, Inc. and Nancy Lee ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 12, 2021      _____
                              UNITED STATES DISTRICT JUDGE